No. 465. Guaranty Trust Co., Trustee, v. New York & Queens County Ry. Co. et al. Jurisdictional statement submitted October 27, 1930.

804

Decided November 3, 1930. *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. *Wabash R. Co.* v. *Flannigan,* 192 U. S. 29; *Erie R. Co.* v. *Solomon,* 237 U. S. 427; *Zucht* v. *King,* 260 U. S. 174; *Sugarman* v. *United States,* 249 U. S. 182; *C. A. King & Co.* v. *Horton,* 276 U. S. 600; *Bank of Indianola* v. *Miller,* 276 U. S. 605; *Roe* v. *Kansas,* 278 U. S. 191. *Messrs. H. C. McCollom, Joseph S. Auerbach, Charles E. Hotchkiss, Alfred T. Davison,* and *Martin A. Schenck* for appellant. *Messrs. James H. McIntosh, James L. Quackenbush,* and *Charles F. Kingsley* for appellee.